THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Latroy F. Kennerly,       
Appellant.
 
 
 

Appeal From Orangeburg County
R. Markley Dennis, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-628
Submitted August 20, 2003  Filed 
 October 22, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Walter M. Bailey, of Summerville, for Respondent.
 
 
 

PER CURIAM:  Latroy F. Kennerly was convicted of murder.  He was sentenced 
 to life imprisonment.  Kennerlys appellate counsel filed a brief pursuant to 
 Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted 
 a petition to be relieved from representation, asserting there are no directly 
 appealable issues of arguable merit.  Kennerly did not file a pro se 
 response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.